# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION




SHERROD DARREL PIGEE,

                Petitioner,

v.

DAN QUIGLEY, WARDEN

              Respondent.

Case No. 2:07-CV-15110

HON. BERNARD A. FRIEDMAN

MAGISTRATE: DONALD A. SCHEER

---

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Petitioner/Appellant, Sherrod Darrel Pigee, by his attorney, Steven A. Finegood, requests this court to allow him to proceed on appeal in this habeas corpus action without payment of filing fees and costs for these reasons:

1. As shown by the attached Certificate of Prisoner Institutional/Trust Fund Account Activity, petitioner is indigent. Although Mr. Pigee is represented by retained counsel, he has no funds and is unable to pay the required filing fees.

2. Petitioner/Appellant will provide the necessary affidavit for permission to Appeal in Forma Pauperis in the form required by the court. Petitioner/Appellant is presently incarcerated in the upper peninsula of Michigan and so it has been difficult to timely provide and receive the affidavit in time to file with this motion.

WHEREFORE, Petitioner/Appellant requests this court to grant this Motion to Proceed in Forma Pauperis on appeal.

Dated: November 20, 2009

Respectfully submitted,

STEVEN A. FINEGOOD (P31257)
Attorney for Petitioner/Appellant
17515 W. Nine Mile Rd., Ste 400
Southfield MI 48075
(248) 875-4656

# FEDERAL COURT - CIVIL ACTION

| Prisoner-Plaintiff/Petitioner/Appellant Name and Number | | Defendant's/Respondent's/Appellee's Name |
|---|---|---|
| **Sherrod Darrel Pigee**<br>**464316** | V | **Dan Quigley, Warden, OCF** |

CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawal from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (total number of deposits divided by number of months) of __$ 106.70__, an average monthly account balance (total deposits minus total withdrawals divided by number of months) of __$ 27.52__. There is a current spendable account balance of __0.00__.

Date:        __11/2/2009__          Signature of Custodian of Prisoner Institutional/Trust Fund Account

**Baraga Maximum Correctional Facility**
Correctional Facility

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections

## Trust Account Statement

### For the period 05/02/2009 to 11/02/2009

Page 1 of 9

| | | | Current Lock Loc.: 8-134-E | | |
|---|---|---|---|---|---|
| MDOC Nbr.: 464316 | Name: Pigee, Sherrod Darrel | | | | |
| Birth Date: 09/23/1966 | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | | Active: Yes | |
| Current Balance: .00 | Hold Balance: .00 | Account Dates: 03/16/2009 | | A/C. Status: Active | |

## Sub Account Details

| Account Code | Account Name | Balance As of 05/02/2009 | Balance As of 11/02/2009 |
|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Alger Maximum Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Marquette Prison Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Muskegon Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Egeler Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Ojibway Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |

## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| 32579899 | 05/04/2009 | *MRR Mail Room Receipt* | 90.00 | |
| | | 1106 Mailroom Receipts | | 90.00 |
| | | 2552 Victim Restitution Payable | | 20.00 |
| | | 2508 Postage (PBF) Payable | | 0.10 |
| | | 2508 Postage (PBF) Payable | | 0.42 |
| | | 2508 Postage (PBF) Payable | | 0.42 |
| | | 2508 Postage (PBF) Payable | | 0.42 |
| | | 2570 Notary Charge Payable | | 3.00 |
| | | 2508 Postage (PBF) Payable | | 0.42 |
| | | 2508 Postage (PBF) Payable | | 0.42 |
| | | 2508 Postage (PBF) Payable | | 0.59 |
| | | 2101 Offender Funds | | 64.21 |
| | Narration: | Batch: 1110090, Ref:pigee | | |
| 32593459 | 05/04/2009 | *PCD Phone Credit Disbursement* | 30.00 | |
| | | 2101 Offender Funds | 30.00 | |
| | | 2596 Phone Credit Payable | | 30.00 |
| | Narration: | Batch: 1110419, Ref: - | | |
| 32596614 | 05/04/2009 | *CAS Commissary Appliance Sales* | 10.00 | |
| | | 2101 Offender Funds | 10.00 | |
| | | 2502 Appliance Sales Commissary Payable | | 10.00 |
| | Narration: | Aost -Commissary TXN - | | |

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections

Page 2 of 9

## Trust Account Statement

### For the period 05/02/2009 to 11/02/2009

| | | | Current | | |
|---|---|---|---|---|---|
| MDOC Nbr.: 464316 | | Name: Pigee, Sherrod Darrel | Lock Loc.: 8-134-E | | |
| Birth Date: 09/23/1966 | | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | | Active: Yes |
| Current Balance: .00 | | Hold Balance: .00 | Account Dates: 03/16/2009 | | A/C Status: Active |

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | | |
| 32603811 | 05/05/2009 | *REGPD Regular Postage Disbursement* | 4.95 | | |
| | | 2101 Offender Funds | | 4.95 | |
| | | 2583 Postage (State) Payable - Direct | | | 4.95 |
| | Narration: | Batch: 1110817, Ref:CVS - | | | |
| 32693432 | 05/11/2009 | *REGPD Regular Postage Disbursement* | 1.51 | | |
| | | 2101 Offender Funds | | 1.51 | |
| | | 2583 Postage (State) Payable - Direct | | | 1.51 |
| | Narration: | Batch: 1112995, Ref:CVS - | | | |
| 32700479 | 05/11/2009 | *CRT Commissary Regular Transaction* | 17.67 | | |
| | | 2101 Offender Funds | | 17.67 | |
| | | 2501 Payable to Commissary | | | 17.67 |
| | Narration: | Rost -Commissary TXN - | | | |
| 32728420 | 05/12/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.73 | | |
| | | 2101 Offender Funds | | 0.08 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.08 |
| | Narration: | Batch: 1113980, Ref:regular legal - | | | |
| 32803222 | 05/14/2009 | *LCSTD Legal Copies Disbursement (State)* | .60 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1115221, Ref: - | | | |
| 32803223 | 05/14/2009 | *LCSTD Legal Copies Disbursement (State)* | .50 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1115221, Ref: - | | | |
| 32803766 | 05/14/2009 | *LCSTD Legal Copies Disbursement (State)* | .60 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1115227, Ref: - | | | |
| 32925690 | 05/22/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.73 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1118348, Ref:regular legal - | | | |
| 32993761 | 05/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1120531, Ref:regular legal - | | | |
| 33021800 | 06/02/2009 | *MRR Mail Room Receipt* | 90.00 | | |
| | | 1106 Mailroom Receipts | | 90.00 | |
| | | 2552 Victim Restitution Payable | | | 20.00 |
| | | 2508 Postage (PBF) Payable | | | 1.65 |
| | | 2507 Copies (State) Payable | | | 0.60 |
| | | 2507 Copies (State) Payable | | | 0.50 |
| | | 2507 Copies (State) Payable | | | 0.60 |
| | | 2508 Postage (PBF) Payable | | | 1.73 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2101 Offender Funds | | | 64.48 |
| | Narration: | Batch: 1121354, Ref:WILLIE PIGEE | | | |
| 33027977 | 06/02/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.44 |
| | Narration: | Batch: 1121522, Ref:regular legal - | | | |
| 33027978 | 06/02/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.73 | | |
| | | 2101 Offender Funds | | 1.73 | |

Date: 11/02/2009 12:49:26                Page 3 of 9

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/02/2009 to 11/02/2009

| | | | | | | |
|---|---|---|---|---|---|---|
| MDOC Nbr.: 464316 | | Name: Pigee, Sherrod Darrel | | **Current Lock Loc.:** 8-134-E | | |
| Birth Date: 09/23/1966 | | Location: BARAGA MAXIMUM FACILITY | | Jurisdiction Dates: 04/14/2005 | | Active: Yes |
| Current Balance: .00 | | Hold Balance: .00 | | Account Dates: 03/16/2009 | | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | 1.73 |
| | *Narration:* | Batch: 1121522, Ref:regular legal - | | |
| 33058359 | 06/03/2009 | *PCD Phone Credit Disbursement* | 35.00 | |
| | | 2101 Offender Funds | 35.00 | |
| | | 2596 Phone Credit Payable | | 35.00 |
| | *Narration:* | Batch: 1122391, Ref: - | | |
| 33074971 | 06/04/2009 | *REGPD Regular Postage Disbursement* | 1.73 | |
| | | 2101 Offender Funds | 1.73 | |
| | | 2583 Postage (State) Payable - Direct | | 1.73 |
| | *Narration:* | Batch: 1122971, Ref:Mrs. McClinton - | | |
| 33098382 | 06/08/2009 | *CRT Commissary Regular Transaction* | 25.58 | |
| | | 2101 Offender Funds | 25.58 | |
| | | 2501 Payable to Commissary | | 25.58 |
| | *Narration:* | Rost -Commissary TXN - | | |
| 33193704 | 06/11/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1125528, Ref:2 day legal - | | |
| 33193705 | 06/11/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1125528, Ref:2 day legal - | | |
| 33193706 | 06/11/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1125528, Ref:2 day legal - | | |
| 33346932 | 06/18/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1128731, Ref:2 day legal - | | |
| 33381217 | 06/23/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1129998, Ref:2 day legal - | | |
| 33381218 | 06/23/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1129998, Ref:2 day legal - | | |
| 33403627 | 06/25/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1130800, Ref:2 day legal - | | |
| 33403628 | 06/25/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1130800, Ref:2 day legal - | | |
| 33443578 | 06/30/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1132446, Ref:2 day legal - | | |
| 33443579 | 06/30/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |

# Michigan Department Of Corrections

## Trust Account Statement

### For the period 05/02/2009 to 11/02/2009

| | | | | | |
|---|---|---|---|---|---|
| MDOC Nbr.: 464316 | | Name: Pigee, Sherrod Darrel | | **Current**<br>Lock Loc.: 8-134-E | |
| Birth Date: 09/23/1966 | | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | | Active: Yes |
| Current Balance: .00 | | Hold Balance: .00 | Account Dates: 03/16/2009 | | A/C Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1132446, Ref:2 day legal -* | | |
| 33484368 | 07/02/2009 | **MRR Mail Room Receipt** | 90.00 | |
| | | 1106 Mailroom Receipts | 90.00 | |
| | | 2552 Victim Restitution Payable | | 20.00 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2101 Offender Funds | | 65.60 |
| | *Narration:* | *Batch: 1133323, Ref:williw pigee* | | |
| 33499000 | 07/02/2009 | **PCD Phone Credit Disbursement** | 10.00 | |
| | | 2101 Offender Funds | 10.00 | |
| | | 2596 Phone Credit Payable | | 10.00 |
| | *Narration:* | *Batch: 1133877, Ref: -* | | |
| 33500359 | 07/06/2009 | **CRT Commissary Regular Transaction** | 55.54 | |
| | | 2101 Offender Funds | 55.54 | |
| | | 2501 Payable to Commissary | | 55.54 |
| | *Narration:* | *Rost -Commissary TXN -* | | |
| 33524102 | 07/07/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | 2.58 | |
| | | 2101 Offender Funds | 0.06 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.06 |
| | *Narration:* | *Batch: 1134478, Ref:2 day legal -* | | |
| 33564301 | 07/09/2009 | **PCD Phone Credit Disbursement** | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2596 Phone Credit Payable | | 0.00 |
| | *Narration:* | *Batch: 1135035, Ref:NSF -* | | |
| 33753565 | 07/16/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1138807, Ref:2 day legal -* | | |
| 33777806 | 07/20/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1139718, Ref:2 day legal -* | | |
| 33777807 | 07/20/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1139718, Ref:2 day legal -* | | |
| 33812128 | 07/22/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1140970, Ref:2 day legal -* | | |
| 33861371 | 07/29/2009 | **LPOSPBF Legal Postage Disbursement (PBF)** | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1142771, Ref:2 day legal -* | | |

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections
## Trust Account Statement
## For the period 05/02/2009 to 11/02/2009

Page 5 of 9

| | | |
|---|---|---|
| MDOC Nbr.: 464316 | Name: Pigee, Sherrod Darrel | Current Lock Loc.: 8-134-E |
| Birth Date: 09/23/1966 | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | Active: Yes |
| Current Balance: .00 | Hold Balance: .00 | Account Dates: 03/16/2009 | A/C Status: Active |

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | | |
| 33861372 | 07/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1142771, Ref:2 day legal - | | | |
| 33861373 | 07/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1142771, Ref:2 day legal - | | | |
| 33861374 | 07/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1142771, Ref:2 day legal - | | | |
| 33861375 | 07/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1142771, Ref:2 day legal - | | | |
| 33936210 | 08/04/2009 | *REGPD Regular Postage Disbursement* | .00 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2583 Postage (State) Payable - Direct | | | 0.00 |
| | Narration: | Batch: 1144973, Ref:NSF, Music Personal - | | | |
| 33949451 | 08/04/2009 | *PCD Phone Credit Disbursement* | .00 | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2596 Phone Credit Payable | | | 0.00 |
| | Narration: | Batch: 1145317, Ref:NSF - | | | |
| 33953373 | 08/05/2009 | *MRR Mail Room Receipt* | 90.00 | | |
| | | 1106 Mailroom Receipts | | 90.00 | |
| | | 2552 Victim Restitution Payable | | | 20.00 |
| | | 2508 Postage (PBF) Payable | | | 2.52 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2508 Postage (PBF) Payable | | | 0.44 |
| | | 2101 Offender Funds | | | 63.52 |
| | Narration: | Batch: 1145358, Ref:pigee, willie | | | |
| 33962272 | 08/05/2009 | *PCD Phone Credit Disbursement* | 10.00 | | |
| | | 2101 Offender Funds | | 10.00 | |
| | | 2596 Phone Credit Payable | | | 10.00 |
| | Narration: | Batch: 1145811, Ref: - | | | |
| 33970104 | 08/06/2009 | *REGPD Regular Postage Disbursement* | 2.24 | | |
| | | 2101 Offender Funds | | 2.24 | |
| | | 2583 Postage (State) Payable - Direct | | | 2.24 |
| | Narration: | Batch: 1146057, Ref:MM - | | | |
| 33978889 | 08/06/2009 | *PCD Phone Credit Disbursement* | 10.00 | | |
| | | 2101 Offender Funds | | 10.00 | |
| | | 2596 Phone Credit Payable | | | 10.00 |
| | Narration: | Batch: 1146316, Ref: - | | | |
| 33978890 | 08/06/2009 | *PCD Phone Credit Disbursement* | 35.00 | | |
| | | 2101 Offender Funds | | 35.00 | |

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/02/2009 to 11/02/2009

Page 6 of 9

| | | |
|---|---|---|
| MDOC Nbr.: 464316 | Name: Pigee, Sherrod Darrel | Current Lock Loc.: 8-134-E |
| Birth Date: 09/23/1966 | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | Active: Yes |
| Current Balance: .00 | Hold Balance: .00 | Account Dates: 03/16/2009 | A/C Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| | | **Trust-Baraga Maximum Caseload** | | |
| | | 2596 Phone Credit Payable | | 35.00 |
| | *Narration:* | Batch: 1146316, Ref: - | | |
| 33979186 | 08/06/2009 | *PCD Phone Credit Disbursement* | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2596 Phone Credit Payable | | 0.00 |
| | *Narration:* | Batch: 1146336, Ref:NSF - | | |
| 34023089 | 08/11/2009 | *PCD Phone Credit Disbursement* | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2596 Phone Credit Payable | | 0.00 |
| | *Narration:* | Batch: 1147389, Ref:NSF - | | |
| 34121157 | 08/14/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | Batch: 1149209, Ref:2 day legal - | | |
| 34129726 | 08/14/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .61 | |
| | | 2101 Offender Funds | 0.61 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.61 |
| | *Narration:* | Batch: 1149334, Ref:2 day legal - | | |
| 34161854 | 08/17/2009 | *CRT Commissary Regular Transaction* | 4.84 | |
| | | 2101 Offender Funds | 4.84 | |
| | | 2501 Payable to Commissary | | 4.84 |
| | *Narration:* | Rost -Commissary TXN - | | |
| 34195454 | 08/19/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.90 | |
| | | 2101 Offender Funds | 0.39 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.39 |
| | *Narration:* | Batch: 1150722, Ref:regular legal - | | |
| 34203380 | 08/19/2009 | *LCSTD Legal Copies Disbursement (State)* | .30 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1151081, Ref: - | | |
| 34227632 | 08/20/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.58 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1151742, Ref:2 day legal - | | |
| 34258617 | 08/25/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1152671, Ref:2 day legal - | | |
| 34307252 | 08/28/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 5.20 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1154236, Ref:2 day legal - | | |
| 34353422 | 09/02/2009 | *MRR Mail Room Receipt* | 90.00 | |
| | | 1106 Mailroom Receipts | 90.00 | |
| | | 2552 Victim Restitution Payable | | 20.00 |
| | | 2508 Postage (PBF) Payable | | 1.51 |
| | | 2507 Copies (State) Payable | | 0.30 |
| | | 2508 Postage (PBF) Payable | | 2.58 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2508 Postage (PBF) Payable | | 5.20 |
| | | 2101 Offender Funds | | 59.97 |
| | *Narration:* | Batch: 1155577, Ref:W PIGEE | | |
| 34368191 | 09/02/2009 | *PCD Phone Credit Disbursement* | 20.00 | |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/02/2009 to 11/02/2009

| MDOC Nbr.: 464316 | | Name: Pigee, Sherrod Darrel | Current Lock Loc.: 8-134-E | | |
|---|---|---|---|---|---|
| Birth Date: 09/23/1966 | | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | | Active: Yes |
| Current Balance: .00 | | Hold Balance: .00 | Account Dates: 03/16/2009 | | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| | | 2101 Offender Funds | 20.00 | |
| | | 2596 Phone Credit Payable | | 20.00 |
| | *Narration:* | Batch: 1156110, Ref: - | | |
| 34368192 | 09/02/2009 | *PCD Phone Credit Disbursement* | 10.00 | |
| | | 2101 Offender Funds | 10.00 | |
| | | 2596 Phone Credit Payable | | 10.00 |
| | *Narration:* | Batch: 1156110, Ref: - | | |
| 34374332 | 09/03/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .61 | |
| | | 2101 Offender Funds | 0.61 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.61 |
| | *Narration:* | Batch: 1156274, Ref:2 day legal - | | |
| 34407927 | 09/08/2009 | *PR Payroll Receipt* | 43.42 | |
| | | 1116 Payroll Receipts | 43.42 | |
| | | 2552 Victim Restitution Payable | | 21.71 |
| | | 2101 Offender Funds | | 21.71 |
| | *Narration:* | Batch: 1156855, Ref:AMF Aug, 09 Payroll | | |
| 34448526 | 09/09/2009 | *MEDD Medical Co-Pay Disbursement* | 5.00 | |
| | | 2101 Offender Funds | 5.00 | |
| | | 2589 Medical Co-Pay Payable - Direct | | 5.00 |
| | *Narration:* | Batch: 1157641, Ref:9-3-09 - | | |
| 34471870 | 09/10/2009 | *PCD Phone Credit Disbursement* | 25.00 | |
| | | 2101 Offender Funds | 25.00 | |
| | | 2596 Phone Credit Payable | | 25.00 |
| | *Narration:* | Batch: 1158107, Ref: - | | |
| 34489877 | 09/10/2009 | *LCSTD Legal Copies Disbursement (State)* | .30 | |
| | | 2101 Offender Funds | 0.30 | |
| | | 2581 Copies (State) Payable - Direct | | 0.30 |
| | *Narration:* | Batch: 1158435, Ref: - | | |
| 34498765 | 09/11/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | Batch: 1158652, Ref:2 day legal - | | |
| 34540683 | 09/14/2009 | *CRT Commissary Regular Transaction* | 20.26 | |
| | | 2101 Offender Funds | 20.26 | |
| | | 2501 Payable to Commissary | | 20.26 |
| | *Narration:* | Rost -Commissary TXN - | | |
| 34560479 | 09/15/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 4.95 | |
| | | 2101 Offender Funds | 0.07 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.07 |
| | *Narration:* | Batch: 1159852, Ref:2 day legal - | | |
| 34675591 | 09/23/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.75 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1163167, Ref:2 day legal - | | |
| 34741685 | 09/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.90 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1165579, Ref:2 day legal - | | |
| 34741686 | 09/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 1165579, Ref:2 day legal - | | |

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections

## Trust Account Statement

### For the period 05/02/2009 to 11/02/2009

Page 8 of 9

| | | |
|---|---|---|
| MDOC Nbr.: 464316 | Name: Pigee, Sherrod Darrel | **Current** Lock Loc.: 8-134-E |
| Birth Date: 09/23/1966 | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | Active: Yes |
| Current Balance: .00 | Hold Balance: .00 | Account Dates: 03/16/2009 | A/C Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| 34744120 | 09/30/2009 | *MRR Mail Room Receipt* | 90.00 | |
| | | 1106 Mailroom Receipts | 90.00 | |
| | | 2552 Victim Restitution Payable | | 45.00 |
| | | 2508 Postage (PBF) Payable | | 4.88 |
| | | 2508 Postage (PBF) Payable | | 2.75 |
| | | 2508 Postage (PBF) Payable | | 1.90 |
| | | 2508 Postage (PBF) Payable | | 0.44 |
| | | 2101 Offender Funds | | 35.03 |
| | *Narration:* | Batch: 1165605, Ref:W PIGEE | | |
| 34787603 | 10/02/2009 | *PCD Phone Credit Disbursement* | 30.00 | |
| | | 2101 Offender Funds | 30.00 | |
| | | 2596 Phone Credit Payable | | 30.00 |
| | *Narration:* | Batch: 1166980, Ref: - | | |
| 34825215 | 10/07/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.39 | |
| | | 2101 Offender Funds | 1.39 | |
| | | 2582 Postage (PBF) Payable - Direct | | 1.39 |
| | *Narration:* | Batch: 1168125, Ref:2 day legal - | | |
| 34834512 | 10/07/2009 | *LCSTD Legal Copies Disbursement (State)* | .20 | |
| | | 2101 Offender Funds | 0.20 | |
| | | 2581 Copies (State) Payable - Direct | | 0.20 |
| | *Narration:* | Batch: 1168301, Ref: - | | |
| 34855315 | 10/08/2009 | *PR Payroll Receipt* | 56.78 | |
| | | 1116 Payroll Receipts | 56.78 | |
| | | 2552 Victim Restitution Payable | | 3.39 |
| | | 2101 Offender Funds | | 53.39 |
| | *Narration:* | Batch: 1168309, Ref:AMF SEPTEMBER PAYROLL | | |
| 34893512 | 10/09/2009 | *PCD Phone Credit Disbursement* | 15.00 | |
| | | 2101 Offender Funds | 15.00 | |
| | | 2596 Phone Credit Payable | | 15.00 |
| | *Narration:* | Batch: 1169299, Ref: - | | |
| 34894597 | 10/09/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | Batch: 1169346, Ref:2 day legal - | | |
| 34894599 | 10/09/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | Batch: 1169346, Ref:2 day legal - | | |
| 34918793 | 10/12/2009 | *CRT Commissary Regular Transaction* | 33.63 | |
| | | 2101 Offender Funds | 33.63 | |
| | | 2501 Payable to Commissary | | 33.63 |
| | *Narration:* | Rost -Commissary TXN - | | |
| 34954295 | 10/13/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 1.90 | |
| | | 2101 Offender Funds | 1.90 | |
| | | 2582 Postage (PBF) Payable - Direct | | 1.90 |
| | *Narration:* | Batch: 1170767, Ref:2 day legal - | | |
| 34954296 | 10/13/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .61 | |
| | | 2101 Offender Funds | 0.61 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.61 |
| | *Narration:* | Batch: 1170767, Ref:2 day legal - | | |
| 34954297 | 10/13/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .61 | |
| | | 2101 Offender Funds | 0.61 | |

Date: 11/02/2009 12:49:26

# Michigan Department Of Corrections

## Trust Account Statement

### For the period 05/02/2009 to 11/02/2009

Page 9 of 9

| | | | | | |
|---|---|---|---|---|---|
| MDOC Nbr.: 464316 | | Name: Pigee, Sherrod Darrel | Current Lock Loc.: 8-134-E | | |
| Birth Date: 09/23/1966 | | Location: BARAGA MAXIMUM FACILITY | Jurisdiction Dates: 04/14/2005 | | Active: Yes |
| Current Balance: .00 | | Hold Balance: .00 | Account Dates: 03/16/2009 | | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Baraga Maximum Caseload** | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.61 |
| | *Narration:* | *Batch: 1170767, Ref:2 day legal -* | | |
| 35043825 | 10/16/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | *Batch: 1172407, Ref:2 day legal -* | | |
| 35043826 | 10/16/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.44 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.44 |
| | *Narration:* | *Batch: 1172407, Ref:2 day legal -* | | |
| 35146512 | 10/26/2009 | *CRT Commissary Regular Transaction* | 3.32 | |
| | | 2101 Offender Funds | 3.32 | |
| | | 2501 Payable to Commissary | | 3.32 |
| | *Narration:* | *Rost -Commissary TXN -* | | |
| 35156383 | 10/27/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.41 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1175978, Ref:2 day legal -* | | |
| 35156384 | 10/27/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.41 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1175978, Ref:2 day legal -* | | |
| 35181989 | 10/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1176885, Ref:2 day legal -* | | |
| 35181990 | 10/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1176885, Ref:2 day legal -* | | |
| 35181991 | 10/29/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.07 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1176885, Ref:2 day legal -* | | |
| 35193202 | 10/30/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | .44 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1177560, Ref:2 day legal -* | | |
| 35193203 | 10/30/2009 | *LPOSPBF Legal Postage Disbursement (PBF)* | 2.58 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | *Batch: 1177560, Ref:2 day legal -* | | |
| **Trust-Ojibway Facility Caseload** | | | | |
| 32800901 | 05/14/2009 | *REL Release* | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | *Narration:* | | | |

| | | |
|---|---|---|
| | **Total Receipts:** | 640.20 |
| | **Total Disbursements:** | 475.10 |